1  K. Randolph Moore, SBN 106933
   Tanya E. Moore, SBN 206683
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California  95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046
   Email:  tanya@moorelawfirm.com
5
   Attorneys for Plaintiff
6  Ronald Moore

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | No.  1:11-CV-02152-MJS |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION; ORDER** |
| vs. | |
| NARAYANAN PONDICHERRY, et al., | |
| Defendants. | |

   IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendants Narayanan Pondicherry, Sekar Balakrishnan and Johnny Quick #161, a California General Partnership dba Johnny Quik #161, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

Date: June 14, 2012                                       MOORE LAW FIRM, P.C.


                                                          /s/Tanya E. Moore
                                                          Tanya E. Moore
                                                          Attorney for Plaintiff Ronald Moore

///

*Moore v. Narayanan Pondicherry, et al.*
Stipulation for Dismissal;  Order

| | |
|---|---|
| Date: June 14, 2012 | /s/ Bruce A. Neilson |
| | Bruce A. Neilson |
| | Attorney for Defendants Narayanan Pondicherry, Sekar Balakrishnan and Johnny Quick #161, a California General Partnership dba Johnny Quik #161 |

## ORDER

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:   June 14, 2012          /s/ *Michael J. Seng*
                                UNITED STATES MAGISTRATE JUDGE

*Moore v. Narayanan Pondicherry, et al.*
Stipulation for Dismissal;  Order