K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>NARAYANAN PONDICHERRY, et al.,<br><br>　　　　Defendants. | No.  1:11-CV-02152-MJS<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

　　　IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendants Narayanan Pondicherry, Sekar Balakrishnan and Johnny Quick #161, a California General Partnership dba Johnny Quik #161, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

Date: June 14, 2012　　　　　　　　　　　　　　　MOORE LAW FIRM, P.C.


　　　　　　　　　　　　　　　　　　　　　　　　　/s/Tanya E. Moore
　　　　　　　　　　　　　　　　　　　　　　　　　Tanya E. Moore
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff Ronald Moore

///

*Moore v. Narayanan Pondicherry, et al.*
Stipulation for Dismissal;  Order

| | |
|---|---|
| Date: June 14, 2012 | /s/ Bruce A. Neilson<br>Bruce A. Neilson<br>Attorney for Defendants Narayanan Pondicherry, Sekar Balakrishnan and Johnny Quick #161, a California General Partnership dba Johnny Quik #161 |

## ORDER

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:   June 14, 2012                     /s/ *Michael J. Seng*
                                          UNITED STATES MAGISTRATE JUDGE

*Moore v. Narayanan Pondicherry, et al.*
Stipulation for Dismissal;  Order